UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES JETER,  )<br>#4102-22,  )<br>  )<br>    Plaintiff,  )<br>  )<br>VS.  )<br>  )<br>ELLIS COUNTY SHERIFF OFFICE, ET  )<br>AL.,  )<br>    Defendants.  ) | CIVIL ACTION NO.<br><br>3:23-CV-0183-G-BT |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The court has taken under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge Rebecca Rutherford dated February 16, 2023. The court has reviewed the Findings, Conclusions, and Recommendation for plain error and has found none. It is, therefore, **ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

March 24, 2023.

_____
**A. JOE FISH**
**Senior United States District Judge**